IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:24CR292 |
| v. | ) | |
| | ) | |
| ORAN ALEXANDER ROUTH | ) | |

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

NOW COMES the Defendant, Oran Alexander Routh, by and through counsel, and moves this Court for an order modifying the terms of his home incarceration to allow him to attend mental health treatment appointments.

1. On October 1, 2024, Mr. Routh was placed on pretrial release by United States Magistrate Judge L. Patrick Auld. *See* Doc. 14. One of the conditions of pretrial release requires Mr. Routh to be placed on home incarceration. He is permitted to leave his residence only for court appearances, meetings with his attorneys, and medical emergencies. He currently resides with his mother Lora Routh, who serves as his third party custodian.

2. Prior to being charged with the instant offenses, Mr. Routh was diagnosed with Attention Deficit Hyperactivity Disorder (ADHD) and was receiving treatment, including medication.

3. Since being placed on pretrial release, Mr. Routh has been untreated for ADHD. Additionally, the pending charges and the circumstances surrounding the charges have been extremely stressful for Mr. Routh, which has impacted

his mental well-being. He is in need of mental health counseling.

4.  Mr. Routh has been in full compliance with each and every condition of his pretrial release.

5.  The undersigned has communicated with United States Probation Officer Emily Hord-Overaker regarding modifying Mr. Routh's conditions of release to allow him to receive mental health counseling. Officer Hord-Overaker consents to this modification request.   Officer Hord-Overaker stated that should the Court allow this modification, she will make a referral to a mental health treatment center, most likely at Genesis A New Beginning, located in Greensboro, North Carolina.

6.  Assistant United States Attorney Eric Iverson has informed the undersigned that he has no objection to the proposed modification.

WHEREFORE, the Defendant prays that the Court modify his release conditions and allow him to attend mental health treatment appointments.

Respectfully submitted this the 10th day of January, 2025.

LOUIS C. ALLEN III
FEDERAL PUBLIC DEFENDER

/s/ Lisa S. Costner
LISA S. COSTNER
Assistant Federal Public Defender
North Carolina State Bar No. 14308
251 N. Main Street, Suite 849
Winston-Salem, NC 27101
(336) 631-5172
Email: lisa_costner@fd.org

/s/ Stacey D. Rubain
STACEY D. RUBAIN
Assistant Federal Public Defender
North Carolina State Bar No. 26690
301 N. Elm St., Suite 410
Greensboro, NC 27401
(336) 333-5455
Email: stacey_rubain@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Eric Iverson
Karla Painter
Assistant United States Attorneys

and by email to:

United States Probation Officer Emily Hord-Overaker
(emily_hord@ncmp.uscourts.gov)

Respectfully Submitted, January 10, 2025.

/s/ Lisa S. Costner
LISA S. COSTNER
Assistant Federal Public Defender
North Carolina State Bar No. 14308
251 N. Main Street, Suite 849
Winston-Salem, NC 27101
(336) 631-5172
Email: lisa_costner@fd.org

/s/ Stacey D. Rubain
STACEY D. RUBAIN
Assistant Federal Public Defender
North Carolina State Bar No. 26690
301 N. Elm St., Suite 410
Greensboro, NC 27401
(336) 333-5455
Email: stacey_rubain@fd.org