IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:24CR292 |
| v. | ) | |
| | ) | |
| ORAN ALEXANDER ROUTH | ) | |

## **ORDER**

Upon application of the Defendant Oran Alexander Routh and for good cause shown, it is hereby ordered that the Defendant's motion to modify the release order entered October 1, 2024 [Doc. 14] is granted. Mr. Routh's pretrial release is modified to allow him to attend mental health treatment appointments as directed by the United States Probation Office. All other requirements of the release order remain in effect.

SO ORDERED, This the ___ day of _____, 2024.

_____
The Honorable L. Patrick Auld
United States Magistrate Judge